IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER SYDLOSKY,  :  No. 3:16cv0095
    Plaintiff  :
      :  (Judge Munley)
v.  :
      :
PROGRESSIVE INSURANCE  :
COMPANY and BRETHREN  :
MUTUAL INSURANCE COMPANY,  :
    Defendant  :
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 16th day of November 2017, it is hereby ordered as follows:

1) The defendants' joint motion to preclude evidence at trial of injury to plaintiff's lumbar spine (Doc. 34) is hereby **DENIED**;

2) Defendant Brethren's motion in limine to preclude evidence of irrelevant and extraneous insurance information (Doc. 36) is **GRANTED** as unopposed and evidence of the premiums plaintiff paid and the amount of coverage available will be precluded;

3) Defendant Progressive's motion in limine to preclude plaintiff's testimony on the speed of the tortfeasor vehicle (Doc. 40) is **GRANTED** as unopposed; and

4) Defendant Progressive's motion in limine to preclude extraneous insurance information (Doc. 42) is **GRANTED** as unopposed and evidence of policy limits and terms of coverage of the underinsured insurance policy as well as the underlying tortfeasor's credit and limits will be precluded.

BY THE COURT:

s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court